DLA PIPER US LLP
Betty M. Shumener (SBN 137220)
Henry H. Oh (SBN 187127)
Howard S. Han (SBN 243406)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  213.330.7700
Fax:  213.330.7701
E-Mail:  betty.shumener@dlapiper.com

No JS-6 O

Attorneys for Plaintiff Trinity Development, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TRINITY DEVELOPMENT, LLC, a Delaware limited liability company doing business as TRINITY DEVELOPMENT GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LAGUNA DE CORTEZ SA DE CV, a Mexican corporation doing business as LAGUNA CORTEZ PARTNERS SA DE CV; LAGUNA CORTEZ PARTNERS USA, LLC, a California limited liability company; RAUL RAMIREZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  EDCV 07-1357-SGL (JCRx)<br><br>**ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS LAGUNA DE CORTEZ SA DE CV, DBA LAGUNA CORTEZ PARTNERS SA DE CV; LAGUNA CORTEZ PARTNERS USA, LLC; AND RAUL RAMIREZ**<br><br>ASSIGNED TO THE HON. STEPHEN G. LARSON<br><br>Courtroom No. 1<br><br>Complaint Filed:  October 17, 2007 |

WEST\21393482.1

DLA PIPER US LLP
LOS ANGELES

[PROPOSED] ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS

# ORDER

The Court finds that:

1. Plaintiff Trinity Development, LLC ("Plaintiff") and defendants Laguna De Cortez SA DE CV, dba Laguna Cortez Partners SA DE CV, Laguna Cortez Partners USA, LLC, and Raul Ramirez (collectively, "Defendants") have stipulated that on or about April 23, 2008, the parties entered into a Settlement Agreement and Release of All Claims.

2. Pursuant to the parties' settlement, the parties have stipulated that in the event Defendants fail to pay Plaintiff $400,000 on or before May 30, 2008, Defendants stipulate to the entry of the Judgment attached hereto as Exhibit "A" and incorporated by reference herein.

Pursuant to the Stipulation, IT IS HEREBY ORDERED THAT:

1. In the event Defendants fail to pay Plaintiff $400,000 on or before May 30, 2008, Plaintiff may file an *ex parte* application requesting the entry of the Judgment attached hereto as Exhibit "A."

2. Upon filing of said *ex parte* application along with a declaration by Plaintiff or attorneys for Plaintiff certifying that Defendants failed to pay $400,000 to Plaintiff on or before May 30, 2008, the Judgment attached hereto as Exhibit "A" shall be entered by the Court.

IT IS SO ORDERED.

Dated: May 23, 2008

_____
Hon. Stephen G. Larson
United States District Judge

# EXHIBIT A

| | |
|---|---|
| 1 | DLA PIPER US LLP |
| | Betty M. Shumener (SBN 137220) |
| 2 | Henry H. Oh (SBN 187127) |
| | Howard S. Han (SBN 243406) |
| 3 | 550 South Hope Street, Suite 2300 |
| | Los Angeles, CA 90071-2678 |
| 4 | Tel: 213.330.7700 |
| | Fax: 213.330.7701 |
| 5 | E-Mail: betty.shumener@dlapiper.com |
| 6 | Attorneys for Plaintiff Trinity Development, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRINITY DEVELOPMENT, LLC, a Delaware limited liability company doing business as TRINITY DEVELOPMENT GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LAGUNA DE CORTEZ SA DE CV, a Mexican corporation doing business as LAGUNA CORTEZ PARTNERS SA DE CV; LAGUNA CORTEZ PARTNERS USA, LLC, a California limited liability company; RAUL RAMIREZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. EDCV 07-1357-SGL (JCRx)<br><br>**JUDGMENT AGAINST DEFENDANTS LAGUNA DE CORTEZ SA DE CV, DBA LAGUNA CORTEZ PARTNERS SA DE CV; LAGUNA CORTEZ PARTNERS USA, LLC; AND RAUL RAMIREZ**<br><br>ASSIGNED TO THE HON. STEPHEN G. LARSON<br><br>Courtroom No. 1<br><br>Complaint Filed: October 17, 2007 |

DLA PIPER US LLP
LOS ANGELES

WEST\21387394.1

JUDGMENT AGAINST DEFENDANTS

# **JUDGMENT**

IT IS ADJUDGED that:

1. Plaintiff Trinity Development, LLC ("Plaintiff") recover from defendants Laguna De Cortez SA DE CV, dba Laguna Cortez Partners SA DE CV, Laguna Cortez Partners USA, LLC, and Raul Ramirez (collectively, "Defendants"), jointly and severally, the sum of Four Hundred Thousand Dollars ($400,000.00).

2. All sums awarded by this Judgment shall bear interest at the judgment rate from the date of entry of this Judgment until paid in full.

Dated:

                                               Hon. Stephen G. Larson
                                               United States District Judge