DLA PIPER US LLP
Betty M. Shumener (SBN 137220)
Henry H. Oh (SBN 187127)
Howard S. Han (SBN 243406)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Tel: 213.330.7700
Fax: 213.330.7701
E-Mail: betty.shumener@dlapiper.com

Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

Attorneys for Plaintiff Trinity Development, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRINITY DEVELOPMENT, LLC, a Delaware limited liability company doing business as TRINITY DEVELOPMENT GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LAGUNA DE CORTEZ SA DE CV, a Mexican corporation doing business as LAGUNA CORTEZ PARTNERS SA DE CV; LAGUNA CORTEZ PARTNERS USA, LLC, a California limited liability company; RAUL RAMIREZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. EDCV 07-1357-SGL (JCRx)<br><br>**JUDGMENT AGAINST DEFENDANTS LAGUNA DE CORTEZ SA DE CV, DBA LAGUNA CORTEZ PARTNERS SA DE CV; LAGUNA CORTEZ PARTNERS USA, LLC; AND RAUL RAMIREZ**<br><br>ASSIGNED TO THE HON. STEPHEN G. LARSON<br><br>Courtroom No. 1<br><br>Complaint Filed: October 17, 2007 |

DLA PIPER US LLP
LOS ANGELES

WEST\21387394.1

JUDGMENT AGAINST DEFENDANTS

## JUDGMENT

IT IS ADJUDGED that:

1. Plaintiff Trinity Development, LLC ("Plaintiff") recover from defendants Laguna De Cortez SA DE CV, dba Laguna Cortez Partners SA DE CV, Laguna Cortez Partners USA, LLC, and Raul Ramirez (collectively, "Defendants"), jointly and severally, the sum of Four Hundred Thousand Dollars ($400,000.00).

2. All sums awarded by this Judgment shall bear interest at the judgment rate from the date of entry of this Judgment until paid in full.

Dated: 6-24-08.

_____
Hon. Stephen G. Larson
United States District Judge